# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanford Lamar Ferrell,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | CV-13-0305-TUC-DCB<br><br>ORDER |

Magistrate Judge Bowman issued her Report and Recommendation on July 22, 2014, recommending that the District Court DENY the Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties and Petitioner was granted an extension of time to file objections. No objections to the Magistrate Judge's Report and Recommendation have been timely filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation (Doc. 29) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this action is dismissed with prejudice. A Final Judgment shall enter separately.

DATED this 22nd day of September, 2014.

David C. Bury
United States District Judge